1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: McCurdy    James                                    C

3       *(Last)*                    *(First)*                    *(Middle Initial)*

4  Prisoner Number:    F65620

5  Institutional Address: California Health Care Facility

   RECEIVED  P.O  Box  32050

7            Stockton, CA 95213                      FILED

   JUN - 9 2017

8  SUSAN Y. SOONG              UNITED STATES DISTRICT COURT        JUN - 9 2017
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA   NORTHERN DISTRICT OF CALIFORNIA   SUSAN Y. SOONG
                                                              CLERK, U.S. DISTRICT COURT
                                                              NORTHERN DISTRICT OF CALIFORNIA
                                                                      SAN JOSE

10  James McCurdy,
    *(Enter your full name.)*        Plaintiff

11
                       vs.                       Case No. CV-17-1043 BLF
12                                               *(Provided by the clerk upon filing)*

13  CCHCS Receiver, J. Clark Kelso
                                                 COMPLAINT UNDER THE
14  Defendant, et al.                            CIVIL RIGHTS ACT,
                                                 42 U.S.C. § 1983
15  Defendants
    *(Enter the full name(s) of the defendant(s) in this action.)*

16                                               Amended Complaint

17  I. Exhaustion of Administrative Remedies.

18  **Note:** *You must exhaust available administrative remedies before your claim can go*
        *forward. The court will dismiss any unexhausted claims.*
19

20  A.   Place of present confinement California Health Care Facility

21  B.   Is there a grievance procedure in this institution?   YES ☑    NO ☐

22  C.   If so, did you present the facts in your complaint for review through the grievance

23       procedure?   YES ☑    NO ☐

24  D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25       level of review.  If you did not pursue any available level of appeal, explain why.

26            1. Informal appeal: _____

27            _____

28            _____

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 3*

2. First formal level: SQ-HC-14039462, 8-20-14, denied;
CMF-HC-15040771, 4-13-15, Granted in part;
see attached 1. Exhaustion of Administrative Remedies

3. Second formal level: SQ-HC-14039462, 10-1-14, denied;
CMF-HC-15040771, 6-25-15, denied;
see attached 1. Exhaustion of Administrative Remedies

4. Third formal level: SQ-HC-14039462, 1-06-15, denied;
CMF-HC-15040771, 10-30-15, denied;
see attached 1. Exhaustion of Administrative Remedies

E.   Is the last level to which you appealed the highest level of appeal available to you?

     YES ☑     NO ☐

F.   If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II.   Parties.

A.   Write your name and present address.  Do the same for additional plaintiffs, if any.

James McCurdy CDC# F65620

California Health Care Facility

P.O. Box 32050, Stockton CA 95213

B.   For each defendant, provide full name, official position and place of employment.

DR. M. Rivero, San Quentin; DR. A. Devers, San Quentin;
DR. D. Leighton, San Quentin; DR. L. Pratt, San Quentin;
DR. F. Alvarez, San Quentin; DR. E. Tootell, San Quentin;
DR. WU, San Quentin; DR. B. Deal, San Quentin;
DR. Ja. Lee, San Quentin; DR. J. Wieland, CMF;
DR. Dutta, California Medical Facility; DR. F. KO, CMF
DR. Mathis, CMF; DR. Aguilera, CMF; DR. MO, CMF

3

I. Exhaustion of Administrative Remedies
continued from Prisoner Complaint page 2 of 3.

First Formal Level: PBSP-HC-16030006, 10/20/16, Denied
PBSP-HC-16029784, 7/15/16, Granted in part;
PBSP-HC-16030048, 11/21/16, Denied
PBSP-5-16-02272, staff complaint, Granted in part.

Second Formal Level: PBSP-HC-16030006, 12/8/16, Denied
PBSP-HC-16029784, 9/13/16, Denied
PBSP-HC-16030048, 12/6/16, Denied

Third Formal Level: PBSP-HC-16030006, 3/10/17, Denied
PBSP-HC-16029784, 12/16/16, Denied
PBSP-HC-16030048, 4/12/17, Denied

II. Parties
continued from Prisoners Complaint page 2 of 3

DR. BA. DHillon, CMF, DR. Bick, CMF, DR. Di tomas, CMF
DR. Rading, CMF, DR. SAUKHLA, CMF, DR. Doust, CMF,
DR. KaHLon, CMF, DR. Bozorgmerh, CMF,
DR. Ploesser, CMF, R.N. D. Mendivil, CSPC,
N.P. M. Mays, Corcoran State Prison,
DR. P. Lenoir, CSPC, RN. Balbina, CSPC, NP. I. Mathos,
NP. L. Thomas, Pelican Bay, Ceo. Maureen MClean, PBSP,
Ceo. D. Jacobsen. D.O, Pelican Bay, ~~Te Hurley, PBSP.~~

4

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Cruel and Unusual Punishment

Prison officials failure to properly diagnose, treat, prescribe medication and other accommodations for an on-going medical condition has amounted to inadequate medical care which violates the U.S Constitutions 8th admendments prohibition against cruel and unusual Punishment.

It started in the county jail before I had arrived in prison. After my arrest in January,'14. I was told by nurses and doctors that there was no indication for pain medication. They don't prescribe medication. (see attached).

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff: 1.) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.
(see attached Relief).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __5/31/2017__

_Date_

_Signature of Plaintiff_

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*

## III.   Statement of Claim

continued From Prisoner Complaint page 3 of 3.

to inmates without records from a previous doctor.
So until I signed the releases and had the
records faxed to them. I wouldn't recieve any
treatment. I was suffering from severe pain,
loss of sleep, loss of appetite among other
symptoms. Which caused me a great deal of grief.
Even after my primary care provider had faxed
my records the doctors would not continue me
on my current medications. I Filed a grievance
and finally after weeks of pain and suffering at
the third level in the grievance process  the
doctor agreed to prescribe pain medications. A
low dose of ultram. Which is a narcotic. He
would not increase the dose or consider any-
thing else. These were some of the excuses
they had used. "It will create more problems for
you." "you have a drug history". ect. I pointed out
that I had a serious reaction to the medication
in the past. Which is documented in my records. The
doctor and nurses both stated, "your only
option is to stop taking the medication if
severe side effects occur." At a low dose  with
Gabepentin it was helpful. I delt with the same
issues when I arrived at Sonoma County Jail. The
low dose helped, but I still had tremendous pain.

6

1. I was unable to eat, sleep and use the rest
2. room with ease. I came into Jail weighing
3. 185 lbs or more and had lost 15 lbs in months.
4. I was sentenced in June and arrived to San
5. Quentin 6-24-2016
6.
7. ## San Quentin State Prison
8. When I arrived at San Quentin the doctors d/c
9. all of my medications. I was in severe pain and
10. suffered many different issues related to eating,
11. sleeping, defacation and programing in a receipt
12. ion center general population setting with other
13. inmates without necessary accommadations.
14. Prison Officials denied my appeals for pain medicat-
15. ion and other accommadations, which would have
16. been helpful to me. They would only prescribe tyl-
17. enol or IB profin both which could cause Liver
18. damage and other symptoms related to the
19. hepatitis C. Or a Low dose of an SSRI Anti-
20. depressant for pain in which I had side effects
21. to. Also I would have to be involved with the
22. mental Health delivery system, because of pers-
23. onal reasons I did not want to be part of the
24. delivery system. They have harmed me in the
25. past. In 2007 they harmed me by putting me
26. on suicide watch, stripping me of my property
27. and they tranferred me to an another institu-
28. tion. I never did recover any of my property

7

7

or canteen. They also forced medication on me
and raised my level of care to EOP while in
ad-seg. Also being in the program could endanger
my safety in a GP setting because of political
reasons. It was the mental Health staff who brou-
ght this to my attention. Another reason they
wouldn't prescribe unformulary medication was
because they were afraid someone would harm
me for the medication. I also feel like the doct-
ors used false diagnosis in order to have better
reasons to d/c medications that already were
helpful. So they could keep me as a mental Heal-
th inmate, force me to take pyschotropic medica
tion for my medical issues and by fear and inti-
midation put my Life in Jeopardy by destroying
my reputation and creating a cituation which
would cause me to be forced onto an SNY yard.
Medical staff would not investigate my issues
around eating, sleeping, defecation, ect. or
even attempt to treat my issues without the
records from my previous doctors. So I signed the
necessary releases forms for my outside doctor
and both County Jails. Even after they had
these records. They denied my appeal for medicat
ion and other accommadations. They did however
do an X-Ray and blood test along with urine
and stool samples months later. I went out
to court for an 1381 in november 2014. I was

8

prescribed the same narcotic medication for my issues. Upon arriving to San Quentin more then a month later. They discontinued everything with out a taper and refused to see me, I had a psy chotic break while withdrawling from the medic ations. The custody officers made intentional errors on my rules violation reports and other legal documents. Which lead me to seeing mental Health for an intake. When I refused to do an intake my level of care was changed to enhanced out. patient by an unlicensed social worker. Mr. Greene. They also violated my due process right by transferring me to an special needs Prison for my mental Health and medical issues without an Interdisaplinary team meeting. I.D.T or I.C.C. Classifacation Committee meeting to discuss it. When all my medical and mental Health issues could have been accommadated at San Quentin state Prison. They had Just built a five story medical building smack dabb in the middle of the Joint.

## California Medical facility

I was transferred to California Medical facility 1-22-2015. This in my opinion wasn't even properly equipt to treat my medical and mental Health needs. I was told by the treatment team in SQ when they changed my level of care to enhanced out patient. They had scheduled an I.D.T for

the following month at which time if I partici
pated in groups and met with my clinician. They
would refer me to have my level of care changed
to cccms or have me discharged altogether. I was
taking no pyschotropic medication. Also I was
concerned because the facility is an SNY prison.
For political resons I could be a safety concern
in a general population setting. I was housed in
an eop/cccms hub. Until I had attended I.C.C and
my RVR's were heard and adjudicated. Then I would
be endorsed to a P.S.U. or S.H.U for the remainder
of my shu term depending on my level of care. upon
arrival to CMF I was on no medication. I was in
severe pain and suffering from numerous symptoms asso
ciated with eating, sleeping, defication and progra
ming with other inmates. I had issues with attending
groups, meeting w/ my clinician, I.D.T. ect. The doctors
would not prescribe pain medication. They discriminated
against me because of my drug history. They called
me a drug addict. They would not treat me for pain
or other issues, coerced me into taking pyschotropic
medication for my medical conditions. They made
excuses for not treating me. "pain medication is
not indicated." "These medications can make your
condition worse." "you have a drug problem and we
are worried about addiction." "people will harm
you for the medication." "There are no red flags
that indicate you have a serious issue." "we do

not have the necessary records to treat you. When
I have seen doctors and specialists in the community
and they have prescribed these medications. I was taking
pain medication for over a year before I came to prison
weighing 185 lbs, I was dieting and going to the
gym four days a week. I haven't abused drugs
in years and I was taking the medication as it
was prescribed. I was forced to go to crisis bed
for hospital care, while there they neglected to
treat me. They humiliated me and treated me as
a child. They gave me a false diagnosis. They
said I was there drug seeking and to manipu
late them. They put special conditions on me in
order to control and monitor any treatment I
would receive because of my drug history. I
had to rely on pyschotropic medication for
pain, cramping, diarrea, insomnia, nausea, loss
of apettite, weight loss, ect. The doctors preten
ded not to have any of my past records and I
was denied access to any of my records for
appeals and other legal matters. They also used
that as an excuse not to prescribe medication
or treatment. The doctors would not assist with
pain committee or grant accommadations or a
medical diet. They refused to treat me for hepC
or change my physician in order to get proper
care. They denied all of my appeals. I also be
gan to act out which created more problems

11

1  more problems with rules violation, Longer senten[ce]
2  ect. I was coerced into taking pyschotropic medic
3  ation in order to get my Level of care changed so I
4  could transfer to a shu facility. Also to participate
5  in groups and meet with a clinician. They treated
6  my pain and other symptoms with anti-pyschotics
7  which made my conditions worse along with new
8  and more severe symptoms. They would not pre
9  scribe medications for anxiety and attention
10 Deficet Disorder that I have taken in the past
11 because they are unformulary. Which caused
12 more stress I also had side effects to some
13 of the medication effecting my sleep, appetite,
14 defication, behaivor, mental Health issues, ect.
15 I was transferred to CSP 8-18-2015.
16            CorCoran State Prison
17 I was transferred to CSP After receiving
18 an RVR for attempted murder on a peace
19 officer. They put me in the MHCB, Mental
20 Health Crisis bed. again the psychiatrist
21 stopped the medications I was on. I still was
22 taking diarrea medication, fiber, Dicyclomine,
23 and ant-acids, but all pyschotropic medicati
24 on was d/c. I suffered greatly physically,
25 mentally and emotionally. I had issues w/
26 sleep, anxiety, diarrea and pain. I was tak
27 ing these medications for the past six months
28 while being treated for my mental Health

12

1 issues that lead to me getting my level of
2 care changed. Also the doctors forced me to
3 take anti-pyschotics. Told me if I refuse they
4 would give me a shot. They tried me as a Kayhea
5 case. Which was dropped later because of my
6 compliance. They denied my appeal for medication
7 would not prescribe the medications I was on
8 previously Remeron, Strattera and Gabepentin.
9 The medical doctors would not prescribe pain
10 medication or issue a medical diet, treat me for
11 my stomach issues, ect. They referred me back
12 to Mental Health for medication and treatment.
13 After I was discharged from MHCB and I had
14 arrived in the shu I stopped taking the anti-
15 pyschotics. I also stopped meeting with my
16 Clinician and attending groups. After six
17 months I was discharged from the mental
18 Health delivery system in march 2016. Upon
19 transferring from CMF I never received my
20 property. They denied my appeals. Custody would
21 not give me any relevant documents or make
22 copy's for supporting documents on appeals. The
23 doctor still would not prescribe medication.
24 Again they did blood tests, urine and stool
25 samples. I was still suffering from several
26 symptoms weight loss, rectal bleeding, vomiting
27 nausea, pain, cramping, diarrea, insomnia, ect.
28 I was prescribed dicyclomine, fiber, ant-acids

1 and diarrea medication. Also they prescribed some
2 nutritional Drinks because of weight loss. I was
3 down to 138 lbs. I never did attend an I.C.C.
4 Shortly after they discharged me from the delivery
5 system. They transferred me which violated my
6 Due process rights. I was in corcoran for eight
7 months never attended an I.C.C committee.
8 I had a projected merd of may 2017. I was very
9 upset, out of no where they decide to transfer me.
10 belly chained for 10 hours with my medical issues.
11 I was cell extracted and transferred anyways. I
12 also received another rules violation.
13       Pelican Bay State Prison
14 I arrived in Pelican Bay state Prison 4-18-2016. I
15 was housed in the s.h.u. Then after a few days I
16 was excluded from the shu by a psychiatrist. PBSP has
17 a different policy. I was rehoused in short term Res
18 trictive housing at the cccms level of care. Then
19 while in I.C.C. I was told I would have to be
20 off of medications for another six months before
21 they consider discharging me again. They had made
22 a mistake in corcoran and they need more time to
23 determine if I am high risk. Then the nurse
24 practictioner d/c all of my (KOP) medications
25 I was prescribed until certain tests were com
26 plete again blood tests, urine and stool samples. I
27 was prescribed no medication for my medical
28 Issues. I was in severe pain. I delt with

cramping and diarrea. I had lost weight and had trouble sleeping. I suffered with nausea, vomiting and rectal bleeding. I believe the nurse practictioners agenda was to use this tactic in order to get me to participate in mental health treatment and take pyschotropic medication for my I.B.S. and other issues and to keep me in short term restrictive housing. Where I have less access to the care I need. This tecnique worked. I was forced to rely on pyschotropic medication in order to get some type of relief. The nurse practitioner refused to issue a medical diet, special medical transport, lower bunk chrono, or prescribe any previous medications I have been on and that were helpful. When I asked if she could present my case to their pain committee she said absolutely not because I am a drug addict. She said all my other medications weren't indicated niether was a special medical transport, lower bunk chrono or a medical diet. I am currently going to court for a previous RVR and I am belly chained on the bus and am unable to use the toilet for 10-12 hours before arriving at another institution I have 8-12 bowel movements a day and I would have to fast for a day prior to being transported. A special medical transport cuts the time in half. I also have issues in the

1. cell with other inmates because of my issues. I
2. need to use the toilet at a moments notice. I
3. also went on a hunger strike when they d/c the
4. KOP medications and nutritional drinks and not
5. issuing an medical diet for over two weeks I was
6. on strike and lost nearly 20 lbs.

## Bad Living Conditions

10. Prison officials were deliberatly indifferent.
11. Which lead to a serious deprivation of the
12. minimum civalized measures of petitioners lifes
13. necessaties that created bad living conditions.
14. which violated petitioners 8th admendment
15. right to the constitution.
16. Since I've been incarcerated I have been
17. discriminated against because of my drug history
18. certain officials treated me harshly and I have
19. suffered greatly, physically, mentally and
20. emotionally. They have violated my constitutional
21. rights by not giving me adequate medical care and
22. ignoring my medical needs which has lead to bad
23. living conditions and have endangered my
24. personal safety. They have created these bad
25. living conditions by not treating my pain
26. and other symptoms with medication I was
27. previously prescribed. Failed to order a medic-
28. al diet or other accommadations that would

1  of been helpful. Would not Let me discuss my
2  medical concerns with a dietician. So I can
3  get a medical diet for my specific needs. I was
4  forced to rely on religious diets for relief. Which
5  added to my stress having to exclude a great
6  deal of what I was served. It's caused
7  malnurishment and weight loss. Also I still
8  suffered with pain and other symptoms. certain
9  Prison officials endangered my safety when
10 putting me in a general population setting w/
11 out a Lower bunk chrono and other accomma
12 dations. which resulted in cell fights and other
13 problems. Also they forced me to be a participant
14 in the mental Health delivery system for therapy
15 and medicinal reasons all as a immediate
16 result from pain and other symptoms. While
17 being an active member in the delivery system
18 they have endangered my safety and have
19 violated my due process rights by transferring
20 me to an SNY Prison without a hearing.
21 I.D.T , I.C.C and coerced me into taking
22 pyschotropic medication. so they could have
23 Ultimate Control over me and my decisions.
24
25
26
27
28

17

# Statement of Facts Continued

When I was a child I seen a family doctor for issues related to medical and mental Health. I was prescribed medications for my anxiety, anger, mood, depression, ADHD. I was prescribed Ativan, Valium, paxil, effexor, prozac, Ridalyn, adderal, saraquil, ect. I started using drugs when I was in my teens. Marijana and Alcohol with my friends on the weekends. I started using heavier drugs at 18 or 19 years of age. I tried meth and heroin and used intraveniously and contracted hepatitis C. I was just experimenting and really haven't used that way since. I started coming to jail and other institutions soon afterward. I first came to prison in 2006 for car theft, I wasn't out of prison 3 days and was back in on my first parole violation. I never checked in. I was violated for resisting arrest. thats how my life has been for the last 10 years. In and out of prison for petty crimes like attempted Robbery, drug possession, transportation. The longest I've stayed out of prison from 2005 - 2011 was for 3 months before coming back on new charges or violations of parole. I was busted back in 2011 for the case I'm in for now serving a seven year sentence and havent used since. I was arrested with a small ammount of heroin because of my priors and record they offered me four years in

18

1  prison for the possession. I was desparately trying
2  to get a program. They offerred me a Long term in
3  a program, 1 year in Jail and 5 years probation.
4  I accepted their bargin. After the program I
5  decided to move into a halfway house. I was
6  determined to stay off of drugs and out of Jail.
7  I enrolled in the Junior college in Santa Rosa.
8  I took classes to become an automotive tech.
9  While Living in the halfway house I attended
10 counceling, 1 on 1, and group therapy once a
11 week. I had a membership at 24 hour fitness
12 I did therapy and seen a dentist, optomatrist
13 and a primary care provider at Vista Health Clinic
14 in Santa Rosa. I was concerned with hepatitis C
15 and chronic pain. I was diagnosed in 2010 while
16 in prison. I started suffering with pain and other
17 stomach issues around the same time. I had severe
18 cramping, fatique, nausea, diarrea, ect. It felt
19 Like the wind was being taken from me. Like when
20 you get hit really hard or fall and cant catch your
21 breath. It would last for hours. I also had mental
22 Health issues as well. In prison and out I took
23 medication. Ive had a few episodes where Ive had
24 auditory hallucinations and pyschosis. I also suf
25 fer from A.D.D., Attention Deficet Disorder, anxiety,
26 depression and mood disorder. I was also recieving
27 SSI, Social Security income in the community
28 for these issues. I started seeing DR. Anthony

19

Limm at Vista Health Clinic November 2012. In
Santa Rosa for several reasons including abdominal
pain, hepatitis C, mental Health, ect. I was referred
to other proffessionals to properly diagnose and treat
what I suffered from. I Lived in the half way
house From november 2012 to 2013. That whole year
I was on pain management seeing Doctors from
Vista Health Clinic. until my arrest in January
2014. (see exhibit B, vista Health records) I was
arrested for resisting arrest. I also recieved a
battery for an assault which occured while
in custody. my probation was violated and I
was sentenced to seven years state Prison.
The suspended sentence I agreed to as part
of the plea bargin. I accepted in Aug 2011.

## Napa County Jail

    I was arrested in napa for Assault and
resisting arrest in January 2014. I scheduled
an appointment with the doctor and mental
Health over my condition and medication becau-
se they would not prescribe the medications I
had arrived on. They prescribed some Remeron,
but would not treat my abdominal pain until
they had the records from my prior doctor. I
sent a release of information to get those
records and a grievance. I suffered with
pain and other symptoms for over a month

before finally getting a little relief at the
3rd level in the grievance process. The doctor
had recieved my records. The doctor prescribed
Tramadol, prilosec and pepto bismuth. It did
little for the level of pain I was experiencing
I had difficulty eating, sleeping and defacat
ing.

## Sonoma County Jail

I was transferred to Sonoma County in
march 2014 after 3 months. I had just
transferred my probation to sonoma county.
When I arrived in Santa Rosa the doctors were
reluctant to prescribe the medications I had
just been prescribed in napa. They discontinued
everything. I went through the same process
as before and recovered the records from my
primary care provider. The doctor prescribed
tramadol and mental Health psychiatrist
prescribed gabepentin for the pain, anxiety,
and mood disorders. This is when the nurses
and doctors started discriminating against
me because of my drug history. I mentioned
the hepatitis C. and how I contracted it.
Some I.V drug use in the past. They would
not change the dose on my medication. They
would not change the dose on my medication.
would not change the medication to anoth
er narcotic pain medication. I had told them

1  I had a serious side effect from the medicati-
2  on in the past. They advised me to stop taking
3  it if side effects occur. Even knowing I've had
4  troble taking tramadol in the past. They would
5  not give me the option of another medication
6  They prescribed the lowest dose possible. After
7  stopping other stomach, heart burn and diarr-
8  ea medications. I delt with this for another 3
9  months. Not knowing when they were going to
10 stop the medications altogether because the
11 nurses would threaten to stop the medication
12 every other week. I soon transferred to San
13 Quentin.

                San Quentin State Prison
14
15     upon arrival I had another incident and
16 ended up in ad-seg for Battery on an inmate. I
17 seen the nurses, doctors and pyschiatrists. I
18 awnsered all their questions about my medical,
19 mental Health and drug history. I talked to them
20 in reguards to my medications I was on along w/
21 the hepatitis C and treatment options. They
22 explained to me that all the medications were
23 going to be stopped without prior records from a
24 doctor. I signed a release of information in order
25 to get all my records for them once again, In
26 hopes they would continue me on the medications
27 They did not. They tapered me off of the tramadol
28 and gabepentin after 2 weeks. I was in serious

pain. Even though the Low dose of Ultram did Litt
le for the pain. It helped with appetite and I
was more comfortable eating and sleeping. On
6-24-2014 I arrived in San Quentin. I was currently
taking tramadol and gabepentin. (see exhibit C 1-14,
transfer of medical information, doctors orders, non formulary
drug request, and medication administration record.) I also
want to note that on exhibit C page 2 medication admin
istration record. In the left hand corner w/ Known codes.
There is a statement I believe to be. "Saving and selling"
which I determined to be a type of discrimination by the
doctor. I have never saved or sold my medication that was
prescribed. They had orders to crush and float the medication.
Also they randomly check your mouth when dispensing the
medication. Also there will be no records disaplinary or other
wise stateing I did anything with this medication besides take
it as prescribed. I also want to note on the transfer of
medical information, exhibit C, under problems, opiate use
is the first to be written and the RN, didn't take the time
to Jaut down the medications that I was previously on.
Also on 6-26-2014 exhibit C. page 6 doctors orders. Dr Deal
ordered gabepentin taper for a 29 year old "heroin addict". on
gabepentin taper thankyou. I immediately appealed. They
partially granted the appeal at the First level, and denied
it at both the 2nd and 3rd level. Which I did not recieve.
back until January 2015. see exhibit D page 1-9, health
care appeal, 1st, 2nd, 3rd level response. I was in San
Quentin From June until November 2014. They stopped

my medications. I decided to get off of mental Health
services altogether and was discharged in October. I still
seen the doctor for my pain. I also went threw the 2nd and
3rd level appeal. They prescribed IBprofin, acetamenophen,
and elavil. see exhibit C 10-14, medication records. I had
side effects to the medication, vomiting, nausea, cramping, pain
Loss of appetite, trouble sleeping, ect. In my first appeal I
mentioned other accommodations. I requested a medical
diet and lower bunk chrono because Im up and down all
night using the bathroom. It would make it easier to live
with a cell mate. I went back to ad-seg shortly after
being released to gp. I went back to ad-seg 9-12-14,
for a cell fight no force. see exhibit E 1-4. I wasnt
out of ad seg one day. Even after all the doctor visits
emergency ttA trips and Rules violations. They refused
to prescribe my previous medications or issue any of
the accommadations that could of been helpful. The
doctor had recieved my records. when I seen Dr. pratt
for 2nd level appeal response. she denied my appeal.
see exhibit D 1-9. She said she had recieved my
records and in her opinion "It was bullshit. she said
She would not give narcotics for scar tissue and I was
allergic to tramadol. I had explained to her that in
a low dose it was helpful. She didnt believe a word
I said. I asked for the records for personal use and
she advised me to send another release of informatio
I had already sent 2 or 3 forms out already. So
part of the reason for my denial on 2nd and 3rd

Level appeal was because I had none of my records for attachments to prove my side of the argument. On October 22nd 2014, I went to adseg for an attempted murder on an inmate, not long after I had arrived in adseg. I had filed a 1381 and was transferred back to napa county jail for court. Upon arrival I was prescribed tramadol and colace for my abdominal pain. I was out to court for over a month. This time when I came back to san Quentin they did not even attempt to taper me off of the medications. I was in a great deal of pain, I had severe diarrea, I could not sleep, I was vomiting, nausea and could not eat. I felt like I was going to die. The doctors refused to see me. I didn't get into see the doctor for more then a month, see exhibit F1-4. On the transfer of information it states I should recieve immediate attention. It also states in medical problems poly substance abuse, possible bi-polar v. schizophrenia. It states the medications I was currently taking but RN Larsen did not however mention the reason for them. Nothing about my abdomin condition or scar tissue that could be the reason for my pain. It was a month before I had seen a doctor. I put in countless medical slips requesting a doctor to treat my ongoing pain. Also for 3 weeks I was in pain. I had experienced nausea, diarrea, severe pain, loss of my appetite, loss of sleep, ect. Also I needed to know my treatment options for hepatitis and my abdominal pain. They did no tests. I also recieved the 3rd level

1  appeal response which was denied (see exhibit D 1-9.)
2  (also see exhibit F page 2.) I seen Dr F. Alvarez
3  1-8-2015. I explained to him that I have been
4  submitting health care slips since my arrival over
5  a month ago. They did not taper me off of the medication
6  I arrived on. That I had been experiencing severe pain
7  and other symptoms related to I.B.S. That it could have
8  been the cause of my lower back pain. He asked me if I
9  had been excercising. I said I have been attempting to
10 workout in the cell more. He asked me about my diet. I
11 said that certain foods aggravate my symptoms. He said
12 I was being seen to give me the results of my lab work
13 and he didn't have time to talk about my other issues.
14 Then he lies in his report. Also when I had arrived at
15 San Quentin in December. Custody had made an error
16 on my 115 RVR report. They had me as cccms level of
17 care. I had just been discharged from the delivery
18 system in october 2014. I was scheduled to speak with
19 the pyschologist. I had seen mr. greene and explained
20 all the symptoms I was having due to withdrawling
21 from medications and other symptoms. I told him I
22 had no interest in becoming part of the mental Hea
23 lth system. He encouraged me to do an intake. When
24 I refused he changed my level of care to EOP.
25 I was angry and felt like I had been attacked
26 and taken hostage against my will. I thought it
27 over a few days and decided coolerheads prevail. I
28 went into I.D.t. Interdisaplinary treatment team

meeting with a new additude. I listened to what they had to say. They said that they changed my level of care because I refused to talk. I would not do an intake and he felt by some of the things I had said that I needed to participate in mental Health treatment. I told them now I am fine I would like nothing more then to be off mental Health services altogether. They said if I participate in group they would know by the next I.D.T. I agreed to participate in group, maybe a yard and see how it went before I started taking medication and we would discuss it in a month at the next I.D.T. I went to 1 group, 1 yard and I had a session to see him. I went in with a positive attitude and told him the things I was doing with my time like writing, reading, drawing, ect. He asked me to sign a form that would OK him to give me mental Health tx because he was an unlicesened social worker. I told him I wouldn't have a problem signing it. you've already took me hostage and forced me to participate in your groups against my will. what more can you do to me? I said it jokingly of course. The very next day I was told I was transferring to vacaville state prison for my medical and mental Health (see exhibit G 1-25.) transfer of Health care transfer information)

## Vacaville State Prison

I arrived at vacaville 1-22-2015. shortly after arriving at CMF I was in severe pain. It was

worse at times and the pressure would make me
feel as if I would pass out. I was housed in M3
the eop/cccms hub ad seg unit. I was seen by
Dr. Wieland for my issues (see exhibit G pg2.)
He describes my condition. Then he describes the
dates and times where I was seen by an out-
side doctor. So they lied to me about having
my records. I went to B1 clinic emergency T.T.A
2-9-2015, Dr Dhillon prescribed tylenol #3 and
maalox.(see exhibit G pg3.) primary care pro-
vider notes dated 2-10-15.(exhibit G pg4.) Dr. KO
states, "here today for f/u tta visit for abdom-
inal pain." "Apparently pt mentioned abdominal pain
at intake", he says that patient has poly substance
abuse, persistent in requests for tramadol or tylenol #3.
He states my abdominal pain lacks red flags and my
descripbtion of what I experienced was vague. There
is no indication for pain medication. I had seen Dr.
wieland. explained my condition explained my
history and asked to review my records. When
asked what medications that have worked in the
I told him. Also that I have had trouble with
certain foods and I was concerned w/ recent
weight loss. He said he would have to review my
records before prescribing any medication.
(see exhibit A, signs and symptoms, diagnosis / differe
ntial diagnosis and medication.)
I was seen by Dr. Aguilera 2-11-15. I couldn't

sleep due to pain and other symptoms. It felt
like someone had hit me in the stomach and
had ahold of my spleen and was squeezing until
I would pass out. When I seen the doctor. He
immediately coped an attitude. He told me he
would not make an order for tylenol #3 because
he had recieved my records and I have a drug
history. My explaination of symptoms is not con-
sistent with scar tissue or my previous diagnosis.
narcotics are not indicated. when I asked him
how he was going to treat me. He said he wasn't
and motioned for the officers to take me back to
my cell. When I raised my voice and demanded
some type of treatment. He said, I think your a
drug addict down here pretending to be in pain to
get narcotics and he told the officers to bring
me back to my cell. While getting escorted back to
my cell. I told the officer I would not go back
to my cell without some type of treatment. I was
feeling suicidal and I felt like hanging myself
because how the doctors were treating me. They
moved me to crisis bed. (see exhibit G pg 5.)
The RN states, when asked patient about his ab-
domin his explaination was vague. His vitals,
heart rate 52 bpm was not consistent with som-
eone in that amount of pain. He also says I have
a history of meth and heroin use, no red flags and
that I become angry. I gave the best description

29

1  I could at the time, to the level of pain I was ex-
2  periencing, my wieght loss and diet. Then he wants
3  to tell me I'm lying because the machine says my
4  heartrate is 52 bpm. That could be I've only laid
5  here for hours waiting to be seen. 52 bpm is pretty
6  low. Are you sure I wasn't asleep? Not to mention
7  the note coming from 3 different doctors and they
8  all said the same thing, that my description was
9  to vague. If that's a good enough excuse not to
10 treat me. (see exhibit G pg 5, 6, 7.)
11 3-5-15 notes, chronically has abdominal pain 24/7.
12 States he has nerve damage and simply wants
13 tramadol or gabepentin. No indication for tramadol
14 or gabepentin. (unformulary.) (see exhibit G pg 8.)
15 Progress notes dated 3/7/15, I went to emergency
16 t.t.A early morning. They called Dr Mathos after
17 taking my vitals. (see exhibit G pg 9, 10, 11).
18 He came in and did an examination. In his sum-
19 mary he goes on explaining what took place during
20 his exam. He said he offered tx for functional abdom-
21 inal pain, constipation, lactulose, but I had declined.
22 He lied about offering me this treatment. He said
23 my symptoms are most likely from indigestion. The only
24 treatment he can offer are ant-acids. Then towards
25 the end of his summary in assessment. He said, "I
26 actually thought that his description was pretty
27 good, but with normal laboratory testing, normal
28 exam w/ history of drug use and requests for gab-

30

apentin and tramadol. I have to agree with primary
care provider KO and T.T.A. Aguilera that a more func-
tional, possibly drug seeking behaivor is the cause."
Like they are making a game of this. It has something
in common with all them all saying in their reports
that my description was vague. I take this to be
discrimination because of my mental Health diagnos
poly substance abuse history. Also he states he
will F/u in a month at which time his records may
be present, which could be a case of negligence to
wait a month before treating me. Also I filed to
get those records for them and for my personal use
several times. Here it is almost a year later and
hes pretending not to have access to these records.
(see exhibit G pg 2.) Dr Wieland stated he looked into
my prior records. Dr. Mathis didn't do anything for
me. His promise to offer me treatment was a lie.
He didn't offer me any medication for my on-going
issues. difficulty urinating, nausea, diarrea, pain,
weight loss, difficulty eating, sleep deprivation,
Then he says I am drug seeking. The very next
day I had issues and they would not respond.
The officers said that the doctors told them that
my needs have already been addressed not to escort
me back to B1 clinic if I complained of any of
my on-going issues. I started a hunger strike. I
refused all of my meals until I could speak with
my doctor. So I can get necessary treatment for

1 my issues, get my medical records and do necessary
2 tests. (see exhibit G pg 12, 13, 14.)
3 I Finally seen a doctor 3/13/15, I met with Dr. Ko. I
4 mentioned my issues. He gets quick to the point and
5 rushes me out of his office before I can achieve
6 communication. I could see that it was going to
7 be difficult to get anywhere with treatment,
8 medications or working towards a medical
9 diet. He told me the medications were unformulary.
10 He cant prescribe narcotics. Thats the reason I brou-
11 ught the pain committee to his attention. Also the
12 appeal process to see if he was willing to help assist
13 me with my records, treatment and pain committee.
14 He was reluctant. He pretended not to have know-
15 ledge of it. I told him that if he wasn't willing
16 to help me with committee, diet or medications.
17 I would find another doctor and appeal the decis-
18 ions made by him and dr Aguilera. I didn't Like
19 the way they treated me. He then raised his voice
20 told me he cant make tramadol and gabepentin
21 just appear and he rushed me out of his office.
22 no other tests were done. (see exibit G pg 15.)
23 Was on hunger strike 3/9 - 3/12/15 (by pt report)
24 I seen Dr Ko 2 weeks later and brought my
25 diet to his attention along with everything
26 else. records, pain committee, symptoms, ect. I
27 mentioned not drinking milk to see if that
28 might help. He states I'm likely lactose intolerant

1. He didnt offer me any type of assistance, infor-
2. mation or plan for a new diet, or a diet without
3. dairy products. I was concerned because milk is
4. a big source of protien and other vitamins that
5. I would need. So I asked if they would supply
6. a substitute for the dairy in my diet. He said
7. no, to just avoid them. (see exhibit G pg 16.) was
8. in t.t.A for some reason, pt claims he has outside
9. medical records, to support the use of gabepentin
10. and tramadol for his abdominal pain, when asked
11. who his doctor was? he dont know. Finally pt retr-
12. ospectively notices his symptoms worsen anytime
13. he drinks milk, I took it upon myself to put in a
14. request to speak with the dietician, who after 3
15. weeks finally seen me, she said the same as the
16. doctor, to just avoid dairy for awhile and th-
17. ere will be no need for a substitute. I also
18. mentioned my diet, symptoms, ect. They couldnt
19. make any changes to my diet without word
20. from the doctor. Just avoid the foods or dairy
21. that can make my symptoms worse. In other
22. words just dont eat. So I got the ball-rolling
23. myself I looked into a religious diet to see if that
24. may help and avoided all dairy. I went on a veg
25. atarian diet. Also I ruled out lactose intolerance.
26. Didnt have any significant change to my symptoms
27. Also I sent the necessary forms for my medical rec
28. ords. I could not understand why the doctors here

1 had no access to these records. They had recieve
2 them in san Quentin for my first appeal. So I
3 Filed another appeal 4/7/2015. (see exhibit I 1-6.)
4 I notify Dr. KO of the appeal that I was att
5 empting to recieve better medical care. I men
6 tioned pain committee, my records, ect. Then all
7 of a sudden he has access to my records, He's
8 ready to present my case to pain committee.
9 On may 11th I was interviewed by the chief
10 surgeon M. Di tomas. I was asked about my con-
11 dition and history of medications. she said she
12 would be reviewing my case at pain committee re-
13 guarding my appeal. Dr Ko prescribed bentyl on
14 5/15/15. (see exhibit G pg 18.) I also recieved a 1st
15 level response on appeal. (see exhibit I 1-16)
16 I wasn't satisfied with the response on first
17 appeal they did the same thing. They partially
18 granted it. Then on 2nd level denied it. I was
19 waiting for a response from pain committee. Also
20 my records from San Quentin and my outside doctor.
21 I put in 3 sick call slips to see the doctor in order to get
22 results from pain committee. Also so I could proceed to
23 2nd level on my appeal. I finally get to see the doctor
24 Later. He said it would be easier for him if he had a
25 printout or email from the committee so we can go
26 over the recommandations. I also seen the RN
27 5/25/15 from severe side effects I was having
28 from the pyschotropic medication I was

recieving from Dr. Ploesser. I had sexual side
effects, impotence, stinging and burning on my
genitals and other irratations. (see exhibit G pg 20, 21)
I also seen Dr Ko 6/3/15 for the same issues. (see
exhibit G pg 22.) I also proceeded to 2nd level on my
appeal. (see exhibit I 1-6.)
I seen Dr Ko on 6/24/15. Finally to review the
pain committee notes. He had finally recieved an
email from the committee I told him how I felt
about him making me wait more then a month before
getting the results. Also of his incompetence and for
his negligence. Told him I was hoping to see another
doctor for my health care. He advised me to put in an-
other appeal for that as well. He explained he could not
just make tramadol, gabepentin, ect just appear out
of thin air. Their both unformulary. I asked him for
a list of formulary medications that might be helpful
for my symptoms. He does not know. He only has one
guide and hes not willing to share. I explained that I
needed the results from pain committee in order to pro-
ceed with an appeal. Again he shrugged his shoulders
and started talking fast while rushing me out of his
office. I was also disappointed about the hepatitis C
tx. They denied my appeal because I didn't meet the
guide lines. Then in his notes he states, here today to
review pain committee 5/21/15 ; recommendations.
LAB UA not done (refused) which wasn't a drug
test. It was for the side effects I was having

1  From the pyschotropic medications. Then he states
2  narcotics are not indicated (to pts disappointment
3  (see exhibit G pg 23.) Also (see exhibit G pg 19.) He
4  has tried tylenol, IBprofin, topical creams as well as
5  acupuncture in the community. with no benefit.
6  He reports benefit from Norco, tramadol and gabepent
7  on the streets. Recommendations ① No narcotics
8  are indicated and could worsen symptoms. ② mental
9  Health consider medication change to address
10 both anxiety and I.B.S symptoms. ③ Further
11 evaluate I.B.S and consider Dicyclomine or other
12 treatment. Also (see exhibit A 1-15.)(I.B.S facts.
13 medication pg 8) medications may consist of stool
14 softeners and laxitives in I.B.S-C and anti-
15 diarreals (eg opiate, opiod or opied analogs such as
16 Lopermide, codiene, diphenoxylate) in I.B.S-D for
17 mild symptoms and stronger opiates such as morphine
18 and oxycodone for severe cases. I also recieved 2nd
19 level appeal response. (see exhibit I 1-6) no narcotics
20 were indicated could worsen symptoms, appeal denied.
21 (see exhibit B 1-77.) I seen a specialist and a pcp
22 for I.B.S for over a year on pain management taking
23 narcotic pain medication. I weighed 190 lbs went to
24 a gym 4 days a week and was enrolled in college.
25 I also seen Dr Ko 7/14/15 for F/U I was suffering
26 anxiety and turmoil and other symptoms related to
27 I.B.S. I was having sexual side effects from the
28 pyschotropic medication. (see exhibit G pg 24.) Also

(see exhibit G pg 25.) I filed my health care appeal to 3rd level 8/5/15. (see exhibit I 1-6) (also see exhibit H 1-26.) medications records from 1/22 - 8/18/15

Mental Health while in CMF:

I started seeing the psychiatrist in crisis bed shortly after I had arrived. I was eop level of care and really didn't participate in groups or treatment until April 2015. After I agreed to participate in groups meet with a clinician and work on a treatment plan. I met with Dr. ploesser and another psychologist. They prescribe gabepentin and strattera to treat my Attention Deficet Disorder and pain. They said if I continued to take medications and program. They wouldn't have a problem changing my level of care to cccms, so after 3 months they changed my level of care. I also seen I.C.C committee and was put up for transfer in June 2015. I transferred from CMF. 8/18/15. After recieveing an RVR for Attempted murder on an officer.

Corcoran state Prison

They transferred me to Corcoran state Prison. The crisis bed. When I arrived at CSP I seen the psychiatrist and clinician in MHCB. They stopped all of my medications for ADHD, anxiety, insomnia, and abdominal pain. They had given me a new diagnosis of bi polar and the medications I was on were counter effective. Dr Marchak prescribed Lithium and zyprexa and threatened me into

taking them by force. If I didn't take them on my own she would set me up for court and try me as a Kayhea case. I filed a 602 while I was in crisis bed for medications and another appeal for property. I never transpacked and my property was never recovered. I was in crisis bed from 8/18/15 to 9/9/15 before getting housed in corcoran shu. They dropped the Kayhea because I never refused the medication I stopped taking them as soon as I was placed in the shu. I seen the psychiatrist and clinician in the shu. I had already stopped taking the meds. I asked the psychiatrist if she could continue me on the medication prior to crisis bed. Gabapentin, remeron, and strattera she refused and said they were unformulary. She could lose her job. Also they were not indicated for me. I explained to her that I followed a tx plan and medication order for months that lead to me being changed from eop level of care to cccms level of care and could program on a gp yard. She still refused. I filed an appeal and it was denied. I went to I.D.T and told them I wanted to be discharged. They said after 6 months no medication no new symptoms I would be dropped from the delivery system. So thats what I did. I stopped taking the medications, seeing the clinician and in march 2016. I went to I.D.t and was discharged.

I started seeing medical for my chronic pain. I was

asked questions requarding my pain level, symptoms and medications. Also medications that were helpful. I gave them a brief history of medications along with treatment. again they explained to me that gabepentin is not indicated or any other narcotics. They referred me back to mental Health for the gabepentin. said it was given to me for mood stability. I continued to inquire about diets, medication and treatment. The nurses and doctors said they would review my records and recent blood labs. They would take more stool samples, IF diarrea, pain, bloating, ect. had persisted, no other tx available. I also asked about a dietician, religious services in order to set up a medical diet that would ease some of my pain and other symptoms, I was told by the doctor no dietician will come to see me in the shu. I contacted religious services and recieved a religious diet. The halal diet doesn't provide processed meats. I also have issues digesting some vegtables, bread, cereal, ect. It tended to add to my stomach issues. (see exhibit J 1-16.) (see exhibit J pg 2.) "I want my gabepentin back for I.B.S and pain from surgeries. I haven't even been there a week in the shu and they are already discriminating against me. I never said that, I believe they are using this tactic to insinuate I'm a drug addict. (see exhibit J pg 3.) primary care provider notes dated 9/23/15, Abdominal issues, request gabepentin for pain. (see exhibit J pg 4.) "I want to see a doctor, I want my

tramadol renewed". (see exhibit J pg 5.) pt now says the gabepentin was givin to him in the county jail and he was diagnosed with scaring and nerve damage by an M.D on the street and given gabepentin then. (see exhibit J pg 6,7. constipation/diarea encounter form. I also recieved 3rd level appeal response which was denied. (see exhibit I 1-6.) which has exhausted my administrative remedys on 10/30/15. Also on the directors review *2nd. level of review* it ends explaining the title 15 code of regulations. Inmates may not demand particular medications or care, ect. Like I was threatening them in some way. Also he explains that the information, pain committee notes, and all pertinent Dr records from vista health were not considered in my appeal because they were not initially part of the 1st level appeal. I didn't recieve any attachments or records until after I had recieved the 2nd level response. In January 2016, I started seeing the RN and doctors for weight loss along with my diet concerns. I observed changes in my stool, bloody and mucous. They did more labs collected stool samples, ect. They would not treat my issues, only prescribe over the counter medications for my symptoms. refused to work out a medical diet that would help with pain and other symptoms. never did get results from stool samples or blood labs. (see exhibit J pg 10.) progress notes, weight 142lb (see exhibit J pg 9.) RN please weigh pt once a week; dated 1/17/16. (see exhibit J pg 11.) progress notes dated 1/21/16. In these notes she says my weight fluctuates when? It has never been lower then 160 lbs. When I was on pain medication and seeing a doctor at Vista.

health my weight never went below 180 lbs and I was
dieting and exercising at a gym 4 times a week. Also she
says I'm complaining am not happy multiple times. Also
she states I refused all ordered labs. That is a lie. I
did blood tests and stool samples. They never had the re-
sults for me. In the assessment plan she says shes go-
ing to order all new labs, prescribe all meds, see me ev-
ery week to take my vitals and observe my weight.
They never did any of that. They seen me on the 19th
RN smothermon. She documented my weight that was
it, no tests, no nothing for 7 weeks. (see exhibit J pg 12)
I seen the doctor and RN Balbina on 3/1/16 for my
on-going issues. I was hoping to start in with the labs
and other treatments she had ordered, she ordered
nutritional drinks for my weight loss. again I explained
my diet concerns and other issues I was having to cer-
tain foods. I had asked to talk to a dietician. she
said a dietician refuses to come to the shu behind safe
ty concerns. I again tried to coordinate something w/
Diet Kitchen and religious services because she refused
to assist with a medical diet. (see exhibit J pg 13, 14, 15, 16.)
(see exhibit K 1-21.) medication records from 8/18/15 to
4/18/16. On 4/15/16 I was told to transpack my property
that I was being transferred to Pelican Bay State Prison
I refused, told them I was given a projected mecd of May
2017 in the shu. I have a medical condition. I havent
been to I.C.C committee and put up for transfer. They
explained if I wasn't willing to pack, that they will tran-

sfer me with force the following monday without any of
my property. I still refused and I was cell extracted.

## Pelican Bay State Prison

I arrived at pelican Bay 4-18-2016. I was trans-
ferred from Corcoran state prison shu special transport
After I was cell extracted and charged with a battery
on an officer. (See exhibit L pg 1, transfer information.) I
was housed in PBSP shu until 4-22-16. I had seen a
doctor from mental Health. She explained that there
had been a mistake. I would be excluded from the
shu. I would be housed in short term restrictive
housing at the cccms level of care until I seen I.C.C
committee. At I.C.C I was told PBSP has a diffe-
rent policy then CSP. I would have to be medicat-
ion free for one year before they consider discharging
me from the mental Health delivery System. upon
arrival I was prescribed several KOP medications.
(See exhibit L pg 2,3) initial screening dated 4-19-16.
As soon as I arrived I had seen medical for my iss-
ues. I was still suffering w/ chronic pain, diarrea,
dyspepsia, difficulty urinating, bloody stool, problems
with sleep, eating and deficating. I also had injuries
from the cell extraction. (See exhibit L pg 4,5). I
seen the N.P 5-10-16. She stated my medications
were going to be d/c. That she was going to run
tests, again stool samples and to test if I had
allergies or celiac disease, see exhibit L pg 6 and 7.)
The N.P d/c the medications 5-19-16. Also did lab

42

work for celiac disease and stool samples. (see exhibit L pg 7,8,9.) seen the RN 5-24-16 (see exhibit L 10,11.) I had also recieved the test results from the labs that were done. (see exhibit 12,13,14.)
There was blood detected in my stool. I would need a rectal exam. (see exhibit L pg 15.) dated 5-31-16.

I was seen by N.P Thomas several times. I explained to both her and the RN my symptoms of chronic pain, Diarrea, problems with sleep, eating and defication. I had asked her if she had a plan to treat me, she stated no medication was indicated for my issues. I asked about a medical diet. I explained that some of the foods cause my symptoms to be worse. she told me that a special diet was not indicated to just avoid what seems to be more problematic. she wouldn't refer me to a dietician to work out a new diet. she would not present my case to the pain committee there. when I asked about pain committee she said absolutely not because I'm a drug addict knowing I haven't ab-used drugs in years. I explained that the medication I was prescribed helped me deal with my symptoms. she said no medications were indicated. I explained that without the nutritional drinks I was likely to experience wt loss. They weren't indicated either.

I believe that her agenda was to cut me off of the medications that helped me with my symptoms so I would have to rely on psychotropic medication to get any relief. I was in serious pain. I delt with

43

1. diarrea, nausea, problems with sleep, eating, and deficatio
2. when I arrived at PBSP I was taking no pyschotropic
3. medications. I had just been discharged from the
4. mental Health system in march 2016. Now I had to
5. rely on medications that would help w/ sleep and
6. other issues. I decided to go on a Hunger strike
7. because of my serious pain and other symptoms. I have
8. issues with anything I eat. she had d/c the medication
9. that helped with certain symptoms. she wouldn't offer
10. me a special diet or other accommadations. she wouldn't
11. take my complaints to pain committee. I had to rely on
12. pyschotropic medication for sleep and other symptoms.
13. I refused to eat until she re-issued medications and
14. provide a medical diet. (see exhibit L pg 16, 17.) dated
15. 6-6-16, I was seen by N.P Thomas 6-7-16 for an
16. rectal exam. I felt uncomfortable. she was going
17. to perform the exam. I explained that I would
18. feel more comfortable with a male doctor. she said
19. he was not available. I also asked for it to be in pri-
20. vate. she said that without custody present there will
21. be no exam. I was really concerned about my health
22. and I let her and the RN perform the exam.
23. (see exhibit L pg 18, 19.) dated 6-7-16, I was on strike
24. from June 1st to June 12th. (see exhibit L pg 20, 21). 128-B
25. general chrono. Also (see exhibit L pg 22, 23, 24, 25.) I was
26. having side effects from the medications. while on hunger
27. strike N.P refused to issue a medical diet or previous medication
28. she said I was like a child manipulating her and throwing

a tantrum. she said she wouldn't consider any medications
until I started eating. I had also recieved a package with
hygiene and other things I needed. Custady would not give me
my package until I started eating. During strike I lost near-
ly 20 lbs. I was given no special diet, medication or even any
vitamins or protien shakes when I started eating again. The
food made me sick, nauseated and I had a hard time
holding anything down for a few days. (see exhibit L pg 26,27)
dated 6-15-16, I also filed a 602. (see exhibit M pg 1-6.) I
filed a 602 because N.P Thomas refused to prescribe the med-
ications that I was previously also she wouldn't refer me to
the dietician to get a specific diet for my needs. she refused to
present my case to pain committee. see exhibit L pg 28, 29.)
dated 6-29-16, I was interviewed for 602 (see exhibit L pg 30)
dated 7-5-16, I was notified I would be transferring to anot-
her facility. The D.A decided to prosecute my RVR for attempt
ed murder. I was going out to court. When I got on the bus
I asked if I was able to use the restroom, I had to go. I
have to use the toilet frequently. Transport said they cant
accommadate me. 'lm's are belly chained and unable to sit
down and go. I was escorted back to R&R (see exhibit L pg
31,32.) Was on bus for transport this am bus turned around
and brought him back pt asked for help on the bus to use
the restroom. I was rehoused in A.S.U. Then I was put on
a special medical transport and transferred to solano state
prison for court. (see exhibit N pg 1-4.) I was in solano
from 7/15/16 - 7/25/16 while attending court. I arrived at
PBSP 7-25-16. (See exhibit O pg 1-3.). My next court date

was 10/7/16. I had a very tough time coming back on
the bus. The ride was for over ten hours. I had to
fast before hand because they refused to give me a
special medical transport. which cuts the time in half.
   upon arriving back to Pelican Bay State Prison I had
recieved my first level response for an Health Care Appeal
for medications and diet. (see exhibit M pg 3.) Appeal partial
granted dated 8-2-16. 1.) to continue me on medications
denied. cannot self diagnose illness and prescribe medication
you have been prescribed medication when clinically indi-
cated. The chief medical executive (CME) Dr. D. Jacobsen
D.O denied me medications and medical diet. The same
CME I sent a request for interview form requesting him
to present my case to pain committee. He responded to
it said he would present my case and never did. I
never self diagnosed or attempted to prescribe med-
ications. I have an extensive history of doctors c
and specialists including an gastroenteralogist. who
have diagnosed me and prescribed medications. (see
exhibit B vista Health Records). (see exhibit G pg 19.)
pain committee recommendations. I received the 2nd
level response 9/13/16. (see exhibit M pg 4.) Dissatisfied
w/ the 1st level appeal response. You allege N.P Thomas
and the rest of medical staff are discriminating again-
st you and your 8th admendment right, cruel and un-
usual punishment. There is no evidence to support your
claim that you are being denied adequate medical
care or that health care staff is being deliberately

indifferent to your medical needs. The reason for N.P Thomas and other medical staff would not present my case to pain committee and prescribe medication was because I have a documented drug history. Which is discrimination if a person without a drug history can get different care. Also I was previously pre-scribed medication by doctors and specialists. The same medications she states are not indicated. The allegation of denial of medical care amount to inte-ntionally interfering with the treatment once pre-scribed. Which the supreme court has specifically cited as an example of unconstitutional deliberate indifference to a prisoners medical needs. Estelle v. Gamble, 429 U.S 97, 105 97 S. ct 285 (1976).

    I was scheduled to have a consultation with an outside provider. A gastroenterologist Dr. Pal-mer for a colonoscopy because I had blood in my stool. I was referred by N.P Thomas. (see exhibit O pg 4, 5, 6) dated 9-13-2016. I awnsered all his questions as he did an exam. He said he would be scheduling me to have a colonoscopy in the near future. In his report he goes on explaining my history, medications, examinations, ect. Then at the end for Assesment and plan it states, Blood in stool (578.1 / K92.1) todays impression : with muc-ous in the stool, crampy abdominal pain and wt loss, for colonoscopy w/ biopsy and polypectomy. states he will perform a biopsy and polypectomy. that he ex-

47

1 plained the risks of colonoscopy and educated the
2 patient. That is a Lie, we never discussed a biopsy
3 or polypectomy. He stated he will perform a colonoscopy
4 and Look for anything that could be serious. He never
5 educated me on having a biopsy or any of the risks
6 he stated here. Then it states I have Anxiety and
7 Depression (300.00/F41.9).
8   I seen the telemed 9/30/2016. I explained all my
9 Issues and history, awnsered all her questions. The RN
10 did an exam and the doctor prescribed dicyclomine and
11 other medication for the I.B.S. I was scheduled to go
12 back to court 10/7/16. I was told that I wouldn't
13 be provided with a special medical transport even
14 though transportation already told the RN that
15 they couldn't accommadate me on the transport.
16 (see exhibit L pg 31, 32.) I had a medical hold until
17 I went for the colonoscopy and couldn't transfer
18 out to court until it was complete. A day before I
19 went for the procedure, I needed to go on a clear Liq-
20 uid diet. I was escorted to the examination room
21 to speak with the RN by C/O Hurley. I had
22 discussed with RN Fellows about the procedure
23 and preparing for the colonoscopy. I would need
24 to go on a clear Liquid diet before the procedure.
25 She gave me the instructions along with a contai-
26 ner of Gatorade, tea and chicken broth. The next
27 day I could have a Light breakfast before I dr-
28 ank the solution that would clear my bowels

48

Then I would need to drink the Gatorade and Broth. As soon as I recieved these directions C/O hurley turned to me and said, "do you want me to tell the rest of the officers that you are having this procedure and not to serve you food because you need to fast. In case you don't remember? I said no. You have nothing to do with what I am having done. Then RN fellows said, "no its on him if he decides to fast before this procedure or not." The next morning I was planning on having a light breakfast. Then I would receive the solution from the RN at noon. At that time I would clear my bowels and drink the Gatorade and Broth instead of eating dinner. So I could have the procedure done the following morning. In the morning the C/O usually open the tray slot and hand you your tray. I was at my door when the guard rolled the cart by my door. I said Hey wheres my tray? she pointed behind her. Then I heard C/O hurley shout, no mccurdy! you have that procedure. She was a few cells down. Then she comes to my door with the other cart with box lunchs. usually they have 1 cart for the breakfast trays and 1 cart with lunches. she shouted on the tier that shes not giving me breakfast or lunch because of my colonoscopy. Where every one on the tier and the other officers could here. I told her that I could have a light breakfast and I wanted to save my box lunch for after the procedure. I

said that she did have nothing to do with my med-
ical procedure. That she can't refuse me my breakfast
or lunch. She had a lunch in her hand and she put it
forward and said, Are you going to do the procedure?
I said, It was none of her buisness and that I
had the right to keep my medical information con-
fidential. She said if I am calling it off she will
give me the lunch. I said I planned on doing the
procedure but I wanted my breakfast and lunch.
She pulled the lunch back and said then I can't
give you the lunch. I was angry at her and told
her that my medical information is none of her buis-
ness or anyone else. that she had no right to be
talking about my buisness on the tier or anywhere
else. she said that she was told to do that. I blocked
my window with paper so I could talk to the sargent.
the sgt. came back with C/o hurley wanting to
discuss my procedure cell front. I told him I requ-
ested my breakfast. He refused to give me my bre-
akfast or lunch. At noon pysch-tech bragger came
with the jug of colon-cleanser. I explained to him
the situation. I said that hurley had refused me
breakfast. He said that they didn't think I was
serious about the colonoscopy. He over heard that
C/o hurley had a bet that I would call it off, that
she was trying to call my bluff. He gave me the
cleanser and I went for the procedure, the next
morning. Again me and Dr. palmer never discussed

a biopsy or anything else except the colonoscopy.
They transferred me to eureka. I had the colonos-
copy done and I was back to PBSP before dinner. I
was scheduled to transfer the next morning to
solano for court. The pysch-tech sent all my me-
dications to R&R so I can transfer with my
meds. I had just recieved a 90 day supply of
Dicyclomine for irratible bowel syndrome. the
next day when I arrived at R&R for transport. I
was given my morning meds. They didn't receive
the dicyclomine which is for pain and cramping.
Its an anti spazmatic. They said that the medi-
cation would not be going with me. While in Sol-
ano I had a serious attack. I had excruciating
pain in my chest and Lower abdomen. When I
went to T.T.A. I talked with the doctor. He then
prescribed a 30 day supply of Dicyclomine, diarrea
medication and mintox. Upon arriving back to
PBSP All these meds were d/c again. I filed a 602
ADA request for special medical transport. They had
refused me a special medical transport. I had sk-
ip Dinner and breakfast. I was very sick on the
bus. I could not use the toilet and even though
I fasted I still soiled my underwear. I filed the
602 10/15/16 ( see exhibit P pg 1-9.) I also filed
an appeal for a lower bunk chrono dated 10/20/16.
(see exhibit Q pg 1-7.) I am currently in the shu for
several rules violations. My merd which is when I should

be released from ad-seg to general population was in
october of 2017. I wanted to make sure that when
I get released to GP I will not have issues with
an cell mate. over having to use the toilet freq-
uently and at a moments notice. not only during
the day, but during all hours of the night. I also
seen the N.P. I wanted to know why they d/c the
medications that I was prescribed. she stated that
medication is not indicated. she said the results
from the colonoscopy were normal. that they had
discovered internal hemoroids. which could be the
reason for the blood in my stool. she said the diag-
nosis of I.B.S was no longer appropriate. That
my pain and other symptoms were caused by the
stress and anxiety. I explained that no tests
or procedures can be used to diagnose or rule out I.B.S.
(see exhibit A pg 1-15.) pg 5 diagnosis.) she said
that there is no sign of I.B.D. which is Inflamm-
atory bowel disease. I also explained that dicyclo-
mine is indicated in the treatment of I.B.S sym
ptoms. (see exhibit A pg 9. anti-spasmatics). Also
(see exhibit R pg 1-3.) I asked her how she was go-
ing to tx me? she advised me to work with my
psychiatrist for the anxiety and stress. I also
asked if she was going to treat me for the hem-
moroids. she said no medication or diet was in-
dicated at this time. I was suffering greatly with
severe pain, cramping, diarrea, gas, bloating, head

aches, backaches, blood in my stool, sleep deprivation I delt with all this for 2 months. I seen the psychiatrist. He prescribed more medication for anxiety and to help me sleep. I filed both special transport and lower bunk appeals to the 2nd level. I also sent a release of information for all recent medical records and the results of the colonoscopy. I went on Hunger strike Jan. 1st 2017. They had changed my level of care to eop because I had been decompensation. My mental Health was unstable. The N.P would not tx the I.B.S. The ceo denied both of my appeals special transport, Lower bunk chrono. I was hunger strike from Jan 1st to Jan. 18th. I lost over 20 lbs. The N.P put me in crisis bed because my blood sugar level kept dropping and she was concerned I was going to fall out. I would receive more attention in MHCB. (see hunger strike chrono, exhibit S.) when I arrived they refused me recreation or yard. now that my level of care was eop I was allowed yard and recreation for a hour each day. They said now that I was eop I would be transferring to another institution, but they couldn't transfer me on hunger strike. The pyschiatrist had threatened me. told me if I continued complaining of pain that he was going to label me gravely disabled and stop all my pyscotropic medication and Kayhea me. Force anti-pyschotics on me. I was in a great deal of pain even though I havent ate any-

53

thing and the only relief that was available was from the pyschotropic medication I was prescribed. He told me the meds I was on were worthless and placebos. He also stated I was scheduled to transfer where I would receive different care. I finally broke and accepted my first meal. I lost over 20 lbs. The N.P would not prescribe nutritional drinks or a special diet.

## California Health Care Facility

I transferred to sac 2/7/17. They transported me on a special medical transport. So I didn't have many issues with the trip. I arrived at sac later Afternoon. I was there over night. In the morning I was transferred to solano state prison. While at Solano I went to court. I also seen medical there. The doctor prescribed the medications I was previously on. Dicyclomine, Lopernide, fiber, ect. for the I.B.S. I was there until feb 28. Then I was transferred to CHCF an EOP/ccms hub. As soon as I arrived I put in a sick call slip to see the doctor for medications and other accommadations. I still suffer from severe pain, cramping, loss of sleep, diarrea, gas, bloating, ect. The few medications that were prescribed has helped but I still suffer tremendously. For over a 3 month period I put sick call slips in to meet with with a doctor at CHCF. After seeing the RN several times she explained that they were short staffed and that I am still on the list to just wait. I finally filed a 602 because I

54

couldn't get in to see the doctor. Title 15, 3354 (e).
Health Care Responsibilities and Limitations. (e) Medical
sick call. Each department facility confining inmates
shall provide scheduled times and locations for general
population I/m's. A medical doctor, RN, or medical tech-
nical assistant shall make daily visits to each non-
general population housing unit to provide medical
attention to inmates unable to use the sick call se-
rvices provided for general population. Staff condu-
cting sick call shall screen medical problems appearing
to require further medical attention and shall evaluate
requests for appointments with other medical staff. A
facility physician shall personally visit each special-
ized housing unit at least once each week. The
doctor seen me 5/12/17. He was here to talk about
the 602. I explained to him that I was prescribed a
low dose of dicyclomine and other medications. I am
still experiencing severe pain and other symptoms. He
said I cannot do anymore for you. I asked about
other accommodations, medical diet, medications, ect.
He stated that he would refer me to mental Health for
stress and axiety that is all he can do to help me. I
explained that they have started me on a low dose of
dicyclomine and that while in CSP I was prescribed a
higher dose which was more effective for the cramping.
He stated that studies have shown that the medication
works better at a lower dose and he will not increase it.
I stated that even at a higher dose, the medication was

1  not all that helpful for the pain. He said then why would
2  I increase the dose? (see exhibit R pg 1-3 dicyclomine.)
3  (How should this medicine be used?)
4  The doctor refuses to treat my pain and other symptom
5  He refuses to issue a medical diet and other accommad-
6  ations that would be helpful. I have also completed 3
7  release of information forms to recieve other medical
8  records, colonoscopy results, and hunger strike notes.
9  I am unable to get any of those records for exhibits.

# IV. Relief

continued from Prisoner complaint page 3 of 3.

2.) A preliminary and permanent injunction ordering defendants to prescribe unformulary medications for plaintiffs medical condition. Issue a medical diet, Lower bunk chrono, and special medical transport.

3.) Compensatory damages in the amount of $1,000.00 against each defendant, jointly and severally.

4.) Punitive damages in the amount of $1,000.00 against each defendant.

5.) For my case that raises both federal and state law claims to be filed under the legal principle of "res judicata."

6.) A jury trial on all issues triable by jury.

7.) Plaintiff's costs in this suit.

8.) Any additional relief this court deems just, proper, and equitable.

Dated: 5/31/2017                    Respectfully submitted,
James McCurdy CDC#F65620
California Health Care facility
P.O Box 32050, Stockton, CA