UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>    Plaintiff,<br><br>v.<br><br>M. RIVERO, et al.,<br><br>    Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND PROPOSED SUPPLEMENTAL COMPLAINT**<br><br>(Docket No. 84) |

Plaintiff, a state prisoner, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 11.) On January 25, 2018, the Court granted Plaintiff leave to file a motion for leave to file a supplement complaint, along with the proposed supplemental complaint, to attempt to allege sufficient facts to join Mr. J. Clark Kelso to this action under Rule 20(a)(2) of the Federal Rules of Civil Procedure. (Docket No. 69.) Plaintiff has filed a motion seeking a second extension of time until May 22, 2018, to do so. (Docket No. 84.)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file the motion and proposed supplemental complaint **no later than May 22, 2018**.

This order terminates Docket No. 84.

**IT IS SO ORDERED**

Dated: May 1, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for Second Ext. of Time to File Supplemental Complaint
PRO-SE\BLF\CR.17\01043McCurdy_eot2-suppl.compl.