UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>Plaintiff,<br><br>v.<br><br>M. RIVERO, et al.,<br><br>Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 88) |

Plaintiff, a state prisoner, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 11.) On January 3, 2018, Defendants filed a motion for summary judgment. (Docket No. 67.) Plaintiff has filed a motion requesting an extension of time to file an opposition. (Docket No. 88.) Plaintiff declares that after setting fire to his cell, he was taken to a "crisis bed," and upon returning to his cell, all of his legal documents were confiscated. (Docket No. 88-1 at 3.) Plaintiff further states that he has no legal supplies and must start drafting his opposition from "scratch." (*Id.*)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than June 30, 2018**. Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 88.

**IT IS SO ORDERED**

Dated: June 15, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for Third and Final Extension of Time to File Opposition
PRO-SE\BLF\CR.16\07178Jackmon_eot3-opp

2