1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10
11    JAMES C. MCCURDY,                         Case No. 17-01043 BLF (PR)
           Plaintiff,
12                                              **ORDER GRANTING FOURTH AND
                                                FINAL EXTENSION OF TIME TO
13         v.                                   FILE MOTION FOR LEAVE TO
                                                FILE SUPPLEMENTAL
14    M. RIVERO, et al.,                        COMPLAINT AND PROPOSED
                                                SUPPLEMENTAL COMPLAINT**
15         Defendants.
16                                              (Docket No. 91)
17

18         Plaintiff, a state prisoner, proceeding *pro se*, filed an amended civil rights complaint

19   pursuant to 42 U.S.C. § 1983. (Docket No. 11.) On January 25, 2018, the Court granted

20   Plaintiff leave to file a motion for leave to file a supplement complaint, along with the

21   proposed supplemental complaint, to attempt to allege sufficient facts to join Mr. J. Clark

22   Kelso to this action under Rule 20(a)(2) of the Federal Rules of Civil Procedure. (Docket

23   No. 69.) Plaintiff has filed a motion seeking a fourth extension of time, seeking an

24   additional 30 days to do so. (Docket No. 91.)

25         In his declaration in support of the motion, Plaintiff asserts that his limited access to

26   the law library to research case law and other resources warrants additional time. (Docket

27   No. 92 at 2.) Plaintiff's motion is **GRANTED**. However, the Court notes that Plaintiff

28   has now had approximately five months to file a motion for leave to file a supplemental

complaint and the proposed complaint, and he has thus far failed to explain what further legal research is necessary to enable him to state a claim against Mr. Kelso. Plaintiff need only state sufficient facts to support a claim against Mr. Kelso that "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences; and any question of law or fact common to all defendants" to join him as a Defendant to this action. Fed. R. Civ. P. 20(a)(2). Lengthy legal arguments and extensive citations to case law are not necessary. Accordingly, this shall be the last extension of time that Plaintiff shall be granted.

Plaintiff shall file the motion for leave to file a supplemental complaint and the proposed supplemental complaint **no later than thirty (30) days** from the date this order is filed. **No further extensions of time shall be granted.**

This order terminates Docket No. 91.

**IT IS SO ORDERED**

Dated: _____6/28/2018_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Fourth and Final EOT to File Suppl. Compl.
PRO-SE\BLF\CR.17\01043McCurdy_eot4-suppl.compl

2