IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES C. McCURDY,** | C 17-01043 BLF (PR) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A REPLY** |
| v. | |
| **M. RIVERO, et al.,** | |
| Defendants. | |

Defendants Alvarez, Deal, Devers, Jacobsen, Lee, Leighton, Mclean, Pratt, Rivero, Thomas, Tootell, and Wu filed a motion to change the Court's deadline to file a reply from June 28, 2018, to July 27, 2018. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendants' motion is GRANTED. The deadline for Defendants to file a reply is changed to July 27, 2018.

No hearing will be held on this motion unless the Court so orders at a later date.

**IT IS SO ORDERED.**

Dated: ___6/28/2018_____

The Honorable Beth Labson Freeman
United States District Judge

1