IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES C. McCURDY,**<br><br>Plaintiff,<br><br>v.<br><br>**M. RIVERO, et al.,**<br><br>Defendants. | C 17-01043 BLF (PR)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant Deal moved to change the Court's deadline to file a motion for summary judgment or other dispositive motion from December 6, 2018, to February 4, 2019. The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendant's motion is GRANTED. The deadline for Defendant to file a motion for summary judgment or other dispositive motion is changed to February 4, 2019. Plaintiff's opposition to the motion is due on March 4, 2019, and Defendant's reply is due fourteen days after the opposition is received and filed on the Court's Electronic Case Filing system.

No hearing will be held on this motion unless the Court so orders at a later date.

**IT IS SO ORDERED.**

Dated: December 3, 2018

*Beth Labson Freeman*
The Honorable Beth Labson Freeman
United States District Judge