UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>    Plaintiff,<br><br>v.<br><br>M. RIVERO, et al.,<br><br>    Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSTION OF TIME TO FILE AN OPPOSITION**<br><br><br>(Docket No. 120) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2019, Defendants' filed a motion for summary judgment. (Docket No. 118.) Plaintiff has filed a motion requesting a sixty-day extension of time to file an opposition because he is housed in a mental health crisis bed and does not have access to his legal materials. (Docket No. 120.)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than twenty-eight (28) days** from the filing date of this order. Defendants' shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 120.

**IT IS SO ORDERED.**

Dated: March 6, 2019

*signature*
BETH LABSON FREEMAN
United States District Judge