UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. RIVERO, et al.,<br><br>　　　　Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSTION OF TIME TO FILE AN OPPOSITION**<br><br><br>(Docket No. 126) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2019, Defendants filed a motion for summary judgment. (Docket No. 118.) Plaintiff has filed a motion requesting a second extension of time to file an opposition because he is a segregated inmate with limited access to the law library. (Docket No. 126.)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than twenty-eight (28) days** from the date this order is filed. Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 126.

///

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
BETH LABSON FREEMAN
United States District Judge