UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>            Plaintiff,<br><br>    v.<br><br>M. RIVERO, et al.,<br><br>            Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 128) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2019, Defendants filed a motion for summary judgment. (Docket No. 118.) Plaintiff recently filed a letter stating that he has been transferred to another facility due to mental health issues and requesting additional time to file a traverse in another matter pending before this Court. (Docket No. 128.) Although this letter was clearly intended to be filed in Plaintiff's habeas case, the letter was docketed in this matter because Plaintiff makes a clear reference to this action in which his opposition is currently due no later than May 9, 2019. (Docket No. 127.)

In the interest of justice, Plaintiff shall be granted additional time to file an opposition in this matter. Plaintiff shall file an opposition **no later than June 10, 2019**.

Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: May 3, 2019

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge