United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. RIVERO, et al.,<br><br>　　　　Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br><br>(Docket No. 130) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2019, Defendants filed a motion for summary judgment. (Docket No. 118.) Plaintiff has filed a motion for an extension of time to file an opposition. (Docket No. 130.) A few days before he filed the motion, the Court sua sponte granted him an extension of time in response to a letter from Plaintiff. (Docket No. 129.) Accordingly, this latest motion is DENIED as moot.

This order terminates Docket No. 130.

**IT IS SO ORDERED.**

Dated: May 10, 2019

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Motion as Moot
PRO-SE\BLF\CR.17\01043McCurdy_mot.moot