United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>   Plaintiff,<br><br> v.<br><br>M. RIVERO, et al.,<br><br>   Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 133) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2019, Defendants filed a motion for summary judgment. (Docket No. 118.) The Court last granted Plaintiff a third extension of time to file an opposition on May 3, 2019, such that Plaintiff's opposition is currently due no later than **June 10, 2019**. (Docket No. 129.)

On May 15, 2019, Plaintiff filed another motion for an extension of time to file an opposition. (Docket No. 133.) It appears that Plaintiff filed this latest motion before receiving the last court order as he only references a previous court order filed on April 11, 2019, (Docket No. 127). (Docket No. 133-1 at 1.) In the interest of justice, the Court shall grant the motion and extend the current deadline an additional fourteen days. Plaintiff

shall file an opposition **no later than June 24, 2019**. Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 133.

**IT IS SO ORDERED.**

Dated: May 24, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Opp.
PRO-SE\BLF\CR.17\01043McCurdy_eot7-opp

2