UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>                Plaintiff,<br><br>   v.<br><br>M. RIVERO, et al.,<br><br>               Defendants. | Case No. 17-01043 BLF (PR)<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE OPPOSITION; GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br><br>(Docket Nos. 135, 137) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. (Docket No. 118.) The Court last granted Plaintiff an extension of time to file an opposition on May 24, 2019, such that Plaintiff's opposition was due no later than June 24, 2019. (Docket No. 134.)

On June 24, 2019, Plaintiff filed another motion for an extension of time for "a day or 2" to access the library to make copies of his opposition. (Docket No. 135.) A few days later, Plaintiff filed his opposition. (Docket No. 136.) Good cause appearing, the motion is GRANTED. Accordingly, Plaintiff's opposition filed on June 28, 2019, is deemed timely filed.

Defendants' motion for an extension of time to file a reply is GRANTED. (Docket

No. 137.) Defendants' reply is due **no later than August 9, 2019**.

This order terminates Docket Nos. 135 and 137.

**IT IS SO ORDERED.**

Dated: ___July 11, 2019___

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge