UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br>　　　　Plaintiff,<br>　　v.<br>M. RIVERO, et al.,<br>　　　　Defendants. | Case No. 17-01043 BLF (PR)<br>**JUDGMENT** |

　　The Court has dismissed all claims against Defendants and granted their motion to dismiss and motions for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated: September 11, 2019**

　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.17\01043McCurdy_judgment