UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br>　　　　Plaintiff,<br>　　v.<br>M. RIVERO, et al.,<br>　　　　Defendants. | Case No. 17-01043 BLF (PR)<br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT**<br><br>(Docket No. 156) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at various institutions, including Defendant Dr. B. Deal at San Quentin State Prison ("SQSP"). On September 10, 2019, the Court granted Defendant's motion for summary judgment and dismissed Plaintiff's Eighth Amendment deliberate indifference claim; judgment was entered the following day. (Docket Nos. 145, 146.) On October 31, 2019, the Court denied Plaintiff's motion to alter or amend judgment. (Docket No. 154.) Accordingly, Plaintiff's motion to an extension of time to file a reply to Defendant's opposition to his motion is DENIED as moot. (Docket No. 156.) This order terminates Docket No. 156.

**IT IS SO ORDERED.**

Dated: _November 20, 2019_

　　　　　　　　　　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Motion as Moot
PRO-SE\BLF\CR.17\01043McCurdy_moot